**William Clayton McKINNEDY, III, Plaintiff–Appellant,**

v.

**Gary D. MAYNARD; Jim Hodges, Governor of South Carolina; Charles Molony Condon, Attorney General; Kenneth McKellar, Director of Security; Mr. McKie, General Counsel; Robert Ward; Rickie Harrison, Warden; Robert E. Petersen; Ben Montgomery; Mr. Miro, Warden; Donald Dease; Richard P. Stroker; J Vicent Barton; Crystal Rockard; Mary Davenport; David Tatarsky; Patricia Rainey; James Simmons, III; Traci Braxely, Grievance Branch; Calvin Anthony; David Dunlap; David Nelson; Robert Murray, Captain; Singletary, NFN; Solomon Sanyo; Mr. Robinson; Mr. Miller; Mr. Jernigan; Mr. Brogdan; Mr. Seward; Mr. Waltz; Reggie Bowers; Mr. Fierson; Mr. Redfern; Davis Harmon; Sargeant Custodio; Sargeant Comer; Sargeant Robertson; Officer Mackey; Mr. Gallaway; Officer Cutlip; Mr. Burrell; Mr. Gary; Mr. Clyburn; Mr. Allen; Mr. Goodwin; John Lane; Mr. McCowan; Mr. Neadle; Mr. West; Debra Wise; Officer Mitchell; Mr. Woodlief; Mr. Fleming; C.A. Balkcum; Mr. Medlock; Mr. Long; Mr. Hardin; Mr. Nelson; Mr. Steen; Mr. Robinson; Mr. Armstrong; Michael R. Mathews; Nathaniel Hughes, SCDC; J.L. Gowan, Doctor; Mr. McKinney; Mr. Cooke; Senya L. Adams; Mr. Philips; Mr. Gardner; Mr. Anderson; Ray N. Stevens; Carolyn Matthews; Judy C. Anderson; John Adams; Kelli G. Maddox; Mr. Suttens; Officer Wilson, Correctional Officer, Defendants–Appellees.**

No. 03–7108.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 9, 2003.

Decided Oct. 21, 2003.

William Clayton McKinnedy, III, Appellant Pro Se. Steven Michael Pruitt, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, South Carolina, for Appellees.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

South Carolina inmate William Clayton McKinnedy, III, seeks to appeal the denial

of several motions made during the course of his 42 U.S.C. § 1983 litigation against the Defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000). The order McKinnedy seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction.* We also deny Appellant's motions for injunctive relief and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* To the extent that the denial of McKinnedy's motion for reconsideration of an earlier order denying him transfer from state to federal

prison is not interlocutory, we find his claim on this issue to be without merit.